

1

2

3

4

5

6

7

8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MANUEL GAMBOA, JR.,<br><br>Defendant. | Case No.  5:17-CR-00145-JGB-4<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On July 9, 2025, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on August 11, 2025.  Hannah Bogen, with the Office of the Federal Public Defender, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Kali Yallourakis. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that Defendant committed new state crimes while on supervised release, and failed to report to Probation and Pretrial Services after being released from custody.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above).

III

IT IS THEREFORE ORDERED that the Defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 9, 2025

_____/s/_____
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE